S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB # 913841**
greg.r.nyhus@usdoj.gov
1000 S.W. Third, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR-00494-JO |
| v. | MOTION TO DISMISS |
| OMAR MARTINEZ-RODRIGUEZ,<br>            **Defendant.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, through Gregory R. Nyhus, Assistant United States Attorney (AUSA) for the District of Oregon, hereby moves this Court for an order pursuant to Rule 48(a) Fed. R. Crim. P. dismissing without prejudice the Indictment filed on October 17, 2013, in the interest of justice.

Dated this 24th day of February 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney